JOSEPH WYLAN, Individually and as Guardian ad Litem of PAUL WYLAN et al., Infants, Appellants, *v.* HARRY WENDER, Individually, Respondent, Impleaded with Others.

Argued June 16, 1942; decided July 29, 1942.

*Harry Wylan* and *Manuel W. Levine* for appellants.

*John R. Vunk* and *Leo M. Brimmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.